UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                                    MDL No. 2325

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −67)

On February 7, 2012, the Panel transferred 80 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 603 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 05, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED ON

SEP −5 2012

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia
By _____ Deputy

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION    MDL No. 2325

## SCHEDULE CTO-67 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
| --- | --- | --- | --- |

**CALIFORNIA NORTHERN**

| DIST | DIV. | C.A.NO. | CASE CAPTION |
| --- | --- | --- | --- |
| CAN | 3 | 12-03530 | Spurlin v. American Medical Systems, Inc |
| CAN | 3 | 12-03990 | Valcik et al v. American Medical Systems, Inc. |
| CAN | 3 | 12-03992 | Creasman et al v. American Medical Systems, Inc. |
| CAN | 3 | 12-03993 | Murphy et al v. American Medical Systems, Inc. |
| CAN | 3 | 12-03994 | Brown et al v. American Medical Systems, Inc. |
| CAN | 4 | 12-03352 | Gonzales et al v. American Medical Systems, Inc. |
| CAN | 4 | 12-03543 | Jones et al v. American Medical Systems, Inc. |
| CAN | 4 | 12-03991 | Wilkerson et al v. American Medical Systems, Inc. |

**IDAHO**

| DIST | DIV. | C.A.NO. | CASE CAPTION |
| --- | --- | --- | --- |
| ID | 1 | 12-00396 | Bruce et al v. American Medical Systems, Inc. et al |
| ID | 1 | 12-00398 | Kenick v. American Medical Systems, Inc. et al |
| ID | 1 | 12-00399 | Knight et al v. American Medical Systems, Inc. et al |
| ID | 1 | 12-00403 | Leininger et al v. American Medical Systems, Inc. et al |
| ID | 1 | 12-00406 | Nelson et al v. American Medical Systems, Inc. et al |
| ID | 1 | 12-00408 | Booth et al v. American Medical Systems, Inc. et al |
| ID | 1 | 12-00409 | Elliott et al v. American Medical Systems, Inc. et al |
| ID | 4 | 12-00401 | Larson et al v. American Medical Systems, Inc. et al |
| ID | 4 | 12-00404 | Belnap et al v. American Medical Systems, Inc. et al |
| ID | 4 | 12-00407 | Southwood et al v. American Medical Systems, Inc. et al |

**MINNESOTA**

| DIST | DIV. | C.A.NO. | CASE CAPTION |
| --- | --- | --- | --- |
| MN | 0 | 12-02077 | Royce v. American Medical Systems, Inc. |
| MN | 0 | 12-02078 | Gotthardt v. American Medical Systems, Inc. |

**OKLAHOMA WESTERN**

| DIST | DIV. | C.A.NO. | CASE CAPTION |
| --- | --- | --- | --- |
| OKW | 5 | 12-00907 | Oliver v. American Medical Systems |
| OKW | 5 | 12-00912 | Garver v. American Medical Systems |

TENNESSEE WESTERN

| | | | |
|---|---|---|---|
| TNW | 2 | 12-02628 | Harris et al v. American Medical Systems, Inc. |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 3 | 12-02970 | Lawrence et al v. American Medical Systems Inc et al |

TEXAS WESTERN

| | | | |
|---|---|---|---|
| TXW | 1 | 12-00764 | Simmons v. American Medical Systems, Inc. |

UTAH

| | | | |
|---|---|---|---|
| UT | 2 | 12-00745 | Capps et al v. American Medical Systems et al |